JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAKEWELL/BUNKLEY INVESTMENT COMPANY, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  CV 22-6063--GW-JCx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: May 15, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE